1

2

3

4                     UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    KEVIN DARNELL BRYANT, D56620,              Case No. 20-cv-08986-CRB  (PR)

8              Petitioner,                      **ORDER DISMISSING PETITION FOR
                                                A WRIT OF HABEAS WITHOUT
9         v.                                    PREJUDICE**

10   BRIAN KIBLER, Warden,                      (ECF Nos. 2 & 3)

11             Respondent.

12          Petitioner, a state prisoner at High Desert State Prison (HDSP) in Susanville, California

13   and frequent litigant, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254

14   challenging the conditions of his confinement at HDSP during the current pandemic.

15          Based on petitioner's prior affidavits of poverty, leave to proceed IFP is GRANTED.  But

16   the petition for a writ of habeas corpus is DISMISSED without prejudice to filing a civil rights

17   complaint under 42 U.S.C. § 1983 in the United States District Court for the Eastern District of

18   California.

19          It is well established in the Ninth Circuit that habeas jurisdiction is absent, and a § 1983

20   action proper, where, as here, a successful challenge to a prison condition or event will not

21   necessarily shorten the prisoner's sentence.  See Ramirez v. Galaza, 334 F.3d 850, 859 (9th Cir.

22   2003); see also Badea v. Cox, 931 F.2d 573, 574 (9th Cir. 1991) (civil rights action is proper

23   method of challenging conditions of confinement); Crawford v. Bell, 599 F.2d 890, 891-92 & n.1

24   (9th Cir. 1979) (affirming dismissal of habeas petition on basis that challenges to terms and

25   conditions of confinement should be brought in civil rights complaint).  Petitioner's challenge to

26   the conditions of his confinement at HDSP during the current pandemic accordingly should be

27   brought in a civil rights complaint under § 1983.  And because the acts or omissions of which

28   petitioner complains occurred at HDSP, which lies within the venue of the Eastern District of

United States District Court
Northern District of California

1    California, a civil rights complaint under § 1983 should be brought in the United States District

2    Court for the Eastern District of California.

3         The clerk is instructed to close this case and terminate all pending motions (see ECF Nos.

4    2 & 3) as moot.

5         **IT IS SO ORDERED**.

6    Dated:  December 17, 2020

7    _____

8    CHARLES R. BREYER
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2